UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
LEWKOWITZ, :
:
                Plaintiff, :
: 19-cv-10249 (LJL)
    -v- :
: ORDER
INTERCONTINENTAL HOTEL GROUP PLC, et al., :
:
               Defendants. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

LEWIS J. LIMAN, United States District Judge:

     In response to the letter filed by plaintiff's counsel on February 17, 2020 (dkt. no. 25), the Court orders the following:

     ORDERED that the pretrial conference previously scheduled for February 21, 2020 at 11:30 a.m. is hereby reinstated and will take place on that date and time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

     IT IS FURTHER ORDERED that the order to show cause as to why an opposition was not timely filed (dkt. no. 24) is hereby rescinded.

     With respect to defendant's filed motion to dismiss, a briefing schedule for opposition and reply will be set at the February 21, 2020 conference.

     SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge